IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOYCE CORNETT,                              )
                                            )
                Plaintiff,                  )
                                            )
        v.                                  )   Civil Action No. 04-1411-KAJ
                                            )
NATHANIEL EDWARDS, SR., and                 )
FEDERAL EXPRESS CORP.,                      )
                                            )
                Defendants.                 )

## ORDER

At Wilmington this **16th** day of **May, 2005**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **June 2, 2005 at 4:30 p.m.** with the undersigned. **Counsel for Defendants shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE