IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOYCE CORNETT | : | CASE NO. 04-1411-KAJ |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| NATHANIEL EDWARDS, JR. | : | |
|   and | : | |
| FEDERAL EXPRESS | : | |
|     Defendants | : | |

**NOTICE OF DEPOSITION**

TO:   Dawn Jennings, Esquire
        Rawle & Henderson
        300 Delaware Avenue, Suite 1015
        Wilmington, DE 19899-1588

    PLEASE TAKE NOTICE that the undersigned will take the oral deposition of **Nathaniel Edwards, Jr.** on **August 17, 2005 at 1:00 p.m.** at the office of Rawle & Henderson, 300 Delaware Avenue, Suite 1015, Wilmington, DE 19899-1588 pursuant to the Delaware Federal Rules of Civil Procedure before an officer authorized to administer oaths. The oral examination will continue from day to day until completed.

                                                                       SACCHETTA & BALDINO

                                                                    /s/ *Thomas F. Sacchetta*
                                                                    THOMAS F. SACCHETTA, ESQUIRE
                                                                    Attorney I.D. No. 46834
                                                                    308 E. Second Street
                                                                    Media, PA 19063
                                                                    (610) 891-9212
                                                                    Attorney for Plaintiff

DATED:     August 1, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOYCE CORNETT | : | CASE NO. 04-1411-KAJ |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| NATHANIEL EDWARDS, JR. | : | |
| and | : | |
| FEDERAL EXPRESS | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

    Thomas F. Sacchetta, Esquire, attorney for plaintiff, hereby certifies that a true and correct copy of the foregoing Notice of Deposition was electronically served by Lexis-Nexis File and via First Class Mail on August 1, 2005 on the following:

Dawn Jennings, Esquire
Rawle & Henderson
300 Delaware Avenue, Suite 1015
Wilmington, DE 19899-1588

Timothy Rafferty, Esquire
P.O. Box 609
7189 Lancaster Pike
Hockessin, DE 19707

SACCHETTA & BALDINO

/s/ *Thomas F. Sacchetta*
THOMAS F. SACCHETTA, ESQUIRE
Attorney I.D. No. 46834
308 E. Second Street
Media, PA 19063
(610) 891-9212
Attorney for Plaintiff