

# RAWLE & HENDERSON LLP

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 SEP -6  PM 4:33

DAWN L. JENNINGS
215-575-4286
DJENNINGS@RAWLE.COM

DELIA A. CLARK
215-575-4291
dclark@rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

September 6, 2005

The Honorable Kent Jordan
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Room 6325
Lock Box 10
Wilmington, DE 19801

> RE: *Joyce Cornett v. Nathaniel Edwards, Jr. and Federal Express*
> Case No. 04-1411
> Our File No. 300,626

Dear Judge Jordan:

Kindly accept the following as an Interim Status Report in the above referenced matter. Despite the efforts, there have been many scheduling conflicts. The plaintiff has not appeared for her deposition on two occasions despite adequate notice. We have scheduled her deposition again for September 9, 2005. Additionally, we received no expert reports from plaintiff. Her answers to discovery have not clearly delineated the damages she is claiming occurred as a result of this accident despite our attempts requesting clarification. In a recent telephone discussion, plaintiff's counsel advised us of the claims he believed were related to the motor vehicle accident. However, in an attempt to move the case forward, we scheduled the plaintiff to be evaluated by a neurosurgeon. Unfortunately, plaintiff failed to appear for this evaluation despite adequate notice. We have also provided plaintiff with dates to be evaluated by a vocational expert. Our expert is willing to evaluate the plaintiff at the plaintiff's counsel's office.

Per our discussion with your chambers and given the scheduling difficulties, we request a sixty day extension of the discovery deadlines. This extension shall not affect the trial schedule.

1198704 v.1

The Honorable Kent Jordan
September 6, 2005
Page 2

      It is our understanding that the above conflicts shall be discussed during the telephonic status conference scheduled for September 7, 2005, at 4:30 p.m.
8
Very truly yours,

RAWLE & HENDERSON LLP


By:   /s/ *Delia A. Clark*
      Dawn L. Jennings
      Delia Clark

DLJ/
cc:   Thomas Sacchetta, Esquire
      Timothy Rafferty, Esquire

1198704 v.1