IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOYCE CORNETT,                     )<br>                                    )<br>           Plaintiff,              )<br>                                    )<br>    v.                              )   Civil Action No. 04-1411-KAJ<br>                                    )<br>NATHANIEL EDWARDS, SR., and         )<br>FEDERAL EXPRESS CORP.,              )<br>                                    )<br>           Defendants.             )| |

## AMENDED SCHEDULING ORDER

IT IS ORDERED that:

1. <u>Discovery Cut Off</u>. All discovery in this case shall be initiated so that it will be completed on or before **November 18, 2005**. The Court encourages the parties to serve and respond to contention interrogatories early in the case. Unless otherwise ordered by the Court, the limitations on discovery set forth in Local Rule 26.1 shall be strictly observed.

2. <u>Case Dispositive Motions</u>. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before **December 5, 2005**. Briefing will be presented pursuant to the Court's Local Rules.

All other dates set forth in the Scheduling Order issued on February 9, 2005 (D.I. 17) are unchanged.

UNITED STATES DISTRICT JUDGE