# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

JOYCE CORNETT,                                    :
                                                  :
                        Plaintiff,                :
                                                  :
        v.                                        :    Civil Action No. 04-1411-KAJ
                                                  :
NATHANIEL EDWARD, JR. and                         :
FEDERAL EXPRESS CORP.,                            :
                                                  :
                        Defendants.               :

## ORDER

At Wilmington this **20th** day of **September, 2005**,

IT IS ORDERED that the mediation conference scheduled for Friday, September 30, 2005 at 10:00 a.m. has been rescheduled to **Wednesday, April 26, 2006 at 10:00 a.m.**  Submissions of the parties shall now be due on or before **Friday, April 14, 2006.**  Counsel are reminded that the mediation statements **are not electronically filed.**  All other provisions of the Court's April 11, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE