IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOYCE CORNETT | : | CASE NO. 04-1411-KAJ |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| NATHANIEL EDWARDS, JR. | : | |
| and | : | |
| FEDERAL EXPRESS | : | |
| Defendants | : | |

### RE-NOTICE OF DEPOSITION

TO:   Dawn Jennings, Esquire
Rawle & Henderson
300 Delaware Avenue, Suite 1015
Wilmington, DE 19899-1588

   PLEASE TAKE NOTICE that the undersigned will take the oral deposition of **Nathaniel Edwards, Jr.** on **October 14, 2005 at 1:00 p.m.** at the office of Rawle & Henderson, 300 Delaware Avenue, Suite 1015, Wilmington, DE 19899-1588 pursuant to the Delaware Federal Rules of Civil Procedure before an officer authorized to administer oaths.  The oral examination will continue from day to day until completed.

                              SACCHETTA & BALDINO


                              /s/ *Thomas F. Sacchetta*
                              THOMAS F. SACCHETTA, ESQUIRE
                              Attorney I.D. No. 46834
                              308 E. Second Street
                              Media, PA 19063
                              (610) 891-9212
                              Attorney for Plaintiff

DATED:   September 30, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOYCE CORNETT | : | CASE NO. 04-1411-KAJ |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| NATHANIEL EDWARDS, JR. | : | |
| and | : | |
| FEDERAL EXPRESS | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

    Thomas F. Sacchetta, Esquire, attorney for plaintiff, hereby certifies that a true and correct copy of the foregoing Re-Notice of Deposition was electronically served by Pacer Filing and via First Class Mail on September 30, 2005 on the following:

Dawn Jennings, Esquire
Rawle & Henderson
300 Delaware Avenue, Suite 1015
Wilmington, DE 19899-1588

Timothy Rafferty, Esquire
P.O. Box 609
7189 Lancaster Pike
Hockessin, DE 19707

SACCHETTA & BALDINO

    /s/ *Thomas F. Sacchetta*
THOMAS F. SACCHETTA, ESQUIRE
Attorney I.D. No. 46834
308 E. Second Street
Media, PA 19063
(610) 891-9212
Attorney for Plaintiff