IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOYCE CORNETT      :  CASE NO. 04-1411-KAJ
       Plaintiff  :
            :
  v.          :
            :
NATHANIEL EDWARDS, JR.   :
  and         :
FEDERAL EXPRESS    :
      Defendants :

## PLAINTIFF'S EXHIBIT LIST

1.  Plaintiff's Photographs of accident scene

2.  Plaintiff's Photographs of accident scene

3.  Plaintiff's Photographs of accident scene

4.  Plaintiff's Photographs of accident scene

5.  Plaintiff's Photographs of accident scene

6.  Plaintiff's Photographs of accident scene

7.  Plaintiff's Photographs of accident scene

8.  Plaintiff's Photographs of accident scene

9.  Plaintiff's Photographs of accident scene

10.  Plaintiff's Photographs of accident scene

11.  Plaintiff's Photographs of accident scene

12.  Photograph of Plaintiff

13.  Photograph of Plaintiff

14.  Photograph of Plaintiff

15.  Photograph of Vehicles

16.  Photograph of Vehicles

17.    Photograph of Vehicles

18.    Photograph of Vehicles

19.    Photograph of Vehicles

20.    Photograph of Vehicles

21.    Photograph of Vehicles

22.    Photograph of Vehicles

23.    Police Investigation Report

24.    Report of Dr. Sung Ho Bae

25.    Curriculum Vitae of Dr. Sung Ho Bae

26.    Report of Dr. David Massari

27.    Curriculum Vitae of Dr. David Massari

28.    Report of David and Royal Bunin

29.    Curriculum Vitae of David Bunin

30.    Curriculum Vitae of Royal Bunin

31.    Report of Dr. Mark Lukas

32.    Curriculum Vitae of Mark Lukas

33.    Report of Dr. Randeep Kahlon

34.    Curriculum Vitae of Dr. Randeep Kahlon

35.    Report of Dr. Joanne Viola

36.    Curriculum Vitae of Dr. Joanne Viola

37.    Medical Records of Dr. Sung Ho Bae

38.    Medical Records of Dr. David Massari
39.    Medical Records of Dr. Randeep Kahlon

40.    Medical Records of Joanne Viola

41.    Diagram of Accident Scene

42.    Anatomical Diagrams

43.    Anatomical Diagrams

44.    X-rays

45.    Anatomical Model

46.    Wage Records

47.    Personnel File

48.    Tax return


                                        SACCHETTA & BALDINO


                                        /s/ *Thomas F. Sacchetta*
                                        THOMAS F. SACCHETTA, ESQUIRE
                                        Attorney I.D. No. 46834
                                        308 E. Second Street
                                        Media, PA 19063
                                        (610) 891-9212
                                        Attorney for Plaintiff

DATED:        April 10, 2006