# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOYCE CORNETT | : | CASE NO. 04-1411 |
| | : | |
| v. | : | |
| | : | |
| NATHANIEL EDWARDS, JR. | : | |
| and | : | |
| FEDERAL EXPRESS CORP. | : | |

## DEFENDANTS' EXHIBIT LIST

1.  Deposition of Joyce Cornett
2.  Deposition of Nathaniel Edwards
3.  Deposition of Katherine Graham
4.  Plaintiff's response to Interrogatories
5.  Photographs of the FedEx vehicle
6.  Video depicting location of accident scene
7.  Plaintiff's response to Request for Production of Documents
8.  Curriculum vitae and fee schedule of Dr. Stephen Fedder
9.  Report of Dr. Stephen Fedder

Records of:

10.  Christiana Health Care Services
11.  First State Orthopedics
12.  Dr. Joann Viola
13.  Dr. Dianne Westenberger
14.  Henrietta Johnson Medical
15.  Neurology Associates
16.  X-ray Associates
17.  Dynamic Physical Therapy
18.  Dr. Dinesh Kotak
19.  Delaware Neurological Associates
20.  Physiatrist Associates
21.  St. Francis Hospital
22.  Southbridge Advisory Council
23.  State of Delaware Dept. of Public Safety Division of Motor Vehicles
24.  State of Delaware, Dept. of Finance (tax records)
25.  Dr. Donald Archer
26.  Marvi Cleaners
27.  The Laundry Basket
28.  Christiana Care Imaging
29.  Nationwide

30. Internal Revenue Service
31. Any and all pleadings in this matter.
32. Any and all documents exchanged during the course of discovery
33. Any and all discovery documents/responses
34. Any and all exhibits listed by plaintiff

Defendants reserve the right to supplement this Exhibit List and to use any exhibit identified by any party to this litigation.