IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOYCE CORNETT | : | CASE NO. 04-1411-KAJ |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| NATHANIEL EDWARDS, JR. | : | |
| and | : | |
| FEDERAL EXPRESS | : | |
| Defendants | : | |

PLAINTIFF JOYCE CORNETT'S MOTION IN LIMINE
TO PRECLUDE VIDEOTAPE/PHOTOGRAPHS/TESTIMONY

Plaintiff, Joyce Cornett, by and through her undersigned counsel, hereby moves this Court for an Order precluding introduction of certain videotape, photographs or testimony from defendants' witnesses at the trial of this matter, and in support of her motion states as follows:

1. Defendants have identified Harold Jaffe as a witness for trial in this matter, scheduled to commence on May 22, 2006.

2. Defendants have produced a videotape, as well as photographs, which they have indicated that they intend to introduce into evidence at the time of trial.

3. The videotape and photographs are purported to be some type of illustration of how the accident in the herein case took place.

4. It is anticipated that the proposed witness, Harold Jaffe, is intended to testify regarding the illustrative videotape and/or photographs.

5. The admissibility of evidence of the type defendants are attempting to introduce is regulated by the Federal Rules of Evidence (F.R.E.) 401 and 403. Under Federal Rules of Evidence 401 and 403, the demonstrative evidence which defendants are attempting to introduce would not be admissible.

6.	F.R.E. 403 specifically indicates that although evidence may be relevant, it may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of issues, or is misleading to the jury.

7.	The videotape and photographs which defendants proposed to introduce would confuse and mislead the jury , in that there is no way it can recreate the accident as it occurred on the night in question.

8.	If the videotape and photographs are allowed to be viewed by the jury, any probative value will be substantially outweighed by the danger of unfair prejudice, confusion, and possible misleading of the jury.

WHEREFORE, plaintiff respectfully requests that the evidence comprised of videotape and photographs set forth by defendants in their exhibit list be precluded from trial, along with any testimony relative thereto.

SACCHETTA & BALDINO


BY: _____
THOMAS F. SACCHETTA, ESQUIRE
308 East Second Street
Media, PA 19063
(610) 891-9212

Dated: April 10, 2006