IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOYCE CORNETT | : | CASE NO. 04-1411-KAJ |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| NATHANIEL EDWARDS, JR. | : | |
| and | : | |
| FEDERAL EXPRESS | : | |
| Defendants | : | |

ORDER

AND NOW, this _____ day of _____, 2006, after consideration of plaintiff's motion to preclude videotape/photographs/testimony and any response thereto, it is hereby ORDERED that plaintiff's motion is GRANTED. Defendant shall be precluded from introducing videotape or photographs, and any testimony related to such evidence, which purport to illustrate the accident underlying this matter.

USDJ