IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOYCE CORNETT | : | CASE NO. 04-1411-KAJ |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| NATHANIEL EDWARDS, JR. | : | |
| and | : | |
| FEDERAL EXPRESS | : | |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____, 2006, after consideration of plaintiff's motion to preclude testimony of Dr. Stephen Fedder, and any response thereto, it is hereby ORDERED that plaintiff's motion is GRANTED. The testimony of defense medical expert, Stephen L. Fedder, M.D., is precluded from the trial in this matter. Defendant is precluded from introducing Dr. Fedder's September 21, 2005, report into evidence, or to making any reference to plaintiff's alleged inability to see outside a restricted field of vision, or any suggestion that plaintiff might have suffered a seizure, impairing her ability to operate a car.

USDJ