# RAWLE & HENDERSON LLP



DAWN L. JENNINGS
215-575-4286
DJENNINGS@RAWLE.COM

DELIA A. CLARK
215-575-4291
dclark@rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

April 27, 2006

The Honorable Kent Jordan
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Room 6325
Lock Box 10
Wilmington, DE 19801

> **RE:** ***Joyce Cornett v. Nathaniel Edwards, Jr. and Federal Express***
> **Case No. 04-1411**
> **Our File No. 300,626**

Dear Judge Jordan:

Kindly be advised that the above referenced matter was settled during the mediation with U.S. Magistrate Judge Mary Pat Thynge on April 26, 2006.

Very truly yours,

RAWLE & HENDERSON LLP


By:    /s/ *Delia A. Clark*
       Dawn L. Jennings
       Delia Clark
DLJ/
cc:    Thomas Sacchetta, Esquire
       Timothy Rafferty, Esquire

1296556 v.1