IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOYCE CORNETT | : | CASE NO. 04-1411-KAJ |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| NATHANIEL EDWARDS, JR. | : | |
| and | : | |
| FEDERAL EXPRESS | : | |
| Defendants | : | |

### STIPULATION OF DISMISSAL

It is hereby STIPULATED by and between the parties that any and all claims by and between the parties in the above-captioned action are DISMISSED with prejudice.

TIMOTHY M. RAFFERTY, P.A.

/s/
———————————————
Timothy M. Rafferty, Esquire
P.O. Box 609
Hockessin, DE 19707
(302)239-2305
Attorney for Plaintiff

SACCHETTA & BALDINO

———————————————
Thomas F. Sacchetta, Esquire
308 E. Second Street
Media, PA 19063
(610) 891-9212
Attorney for Plaintiff

RAWLE & HENDERSON

———————————————
Dawn Jennings, Esquire
300 Delaware Avenue, Suite 1015
Wilmington, DE 19899-1588
(302)778-1200
Attorney for Defendants


/s/
———————————————
Delia Clark, Esquire


IT IS SO ORDERED this _____ day of _____, 2006.

———————————————
The Honorable Kent A. Jordan