IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOYCE CORNETT | : | CASE NO. 04-1411-KAJ |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| NATHANIEL EDWARDS, JR. | : | |
| and | : | |
| FEDERAL EXPRESS | : | |
| Defendants | : | |

**STIPULATION OF DISMISSAL**

It is hereby STIPULATED by and between the parties that any and all claims by and between the parties in the above-captioned action are DISMISSED with prejudice.

TIMOTHY M. RAFFERTY, P.A.

/s/
_____
Timothy M. Rafferty, Esquire
P.O. Box 609
Hockessin, DE 19707
(302)239-2305
Attorney for Plaintiff

SACCHETTA & BALDINO

_____
Thomas F. Sacchetta, Esquire
308 E. Second Street
Media, PA 19063
(610) 891-9212
Attorney for Plaintiff

RAWLE & HENDERSON

_____
Dawn Jennings, Esquire
300 Delaware Avenue, Suite 1015
Wilmington, DE 19899-1588
(302)778-1200
Attorney for Defendants

/s/
_____
Delia Clark, Esquire

IT IS SO ORDERED this 6th day of June, 2006.

_____
The Honorable Kent A. Jordan